Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-mail: sburke@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION      *E-FILED - 10/5/05*

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CV-03-02233 RMW |
| Plaintiff, | Hon. Ronald M. Whyte |
| vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT CASEY GLENN AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |
| GLENN, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant CASEY GLENN ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant. Each of said parties to bear its/his own costs and attorney's fees.

The terms of the Confidential Settlement Agreement dated May 9, 2005 ("Agreement") entered into between the Defendant and DIRECTV require the performance of certain obligations by Defendant that will not be completed until June 2007. If the Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to

1  reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of
2  the Agreement, as defined therein. The parties therefore respectfully request that the Court retain
3  such jurisdiction.

4  DATED: June 8, 2005                Respectfully Submitted,

5                                     BUCHALTER, NEMER, FIELDS & YOUNGER
                                       A Professional Corporation
6

7

8                                      By: _____
                                           Suzanne M. Burke
9                                          Attorneys for Plaintiff DIRECTV, Inc.

10 DATED: June 8, 2005                PARR LAW GROUP

11

12
                                       By: _____
13                                         Shawn R. Parr
                                           Attorneys for Defendant Casey Glenn
14

BNFY 563672v1                          -2-                          (CV-03-02233 RMW)
STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT CASEY GLENN AND REQUEST TO
RETAIN JURISDICTION; [PROPOSED] ORDER THEREON

**<u>ORDER</u>**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant CASEY GLENN and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant CASEY GLENN is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant CASEY GLENN to enforce the terms described above of the Settlement Agreement between those parties dated May 9, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 10/5/05

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
United States District Court
Northern District of California